IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JPMCC 2002-CIBC4 HIGHLAND RETAIL, LLC | § § § § | CASE NO. 10-11331-cag (CHAPTER 11) |
| DEBTOR | § | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and to enable the Judge to evaluate disqualification or recusal, the undersigned on behalf of JPMCC 2002-CIBC4 Highland Retail, LLC, the debtor in the above-captioned case, certifies that the following are entities, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of JPMCC 2002-CIBC4 Highland Retail, LLC's equity interests:

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| Wells Fargo Bank, N.A., a National Banking Association, Successor by Merger to Wells Fargo Bank Minnesota, N.A., a National Banking Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2002-CIBC4 | Membership | 100% |

Dated: May 12, 2010

JPMCC 2002-CIBC4 HIGHLAND RETAIL, LLC, a Texas limited liability company

By: LNR Texas Partners, Inc., a Texas corporation, its manager

By     /s/ Matilde G. Borchers
          Matilde G. Borchers, Vice President